UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **KENTE BARKER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) |
| **CARTER, et al.,** | ) ) |
| **Defendants.** | ) ) **CASE NO. 1:23-cv-00108-JPH-KMB** |

> The court acknowledges the Notice of Dismissal with Prejudice, Dkt. [20]. The Clerk is DIRECTED to close this case on the docket.
> JPH 7/23/2024.
> Distribution via ECF and to Plaintiff via U.S. Mail.

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Kente Barker, files a stipulation of dismissal of this case *with* prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See also* Fed. R. Civ. P. 41(a)(1)(B) (permitting dismissal with prejudice).

Date: July 17, 2024

*/s/ Jordan M. Slusher*
Jordan Slusher
**Frost Brown Todd LLP**
111 Monument Circle, Suite 4500
Indianapolis, IN 46204
Phone: (317) 237-3800
Email: jslusher@fbtlaw.com
*Attorney for Plaintiff*